COPY

Marsha A. Houston (SBN 129956)
Email: mhouston@reedsmith.com
Michael A. Garabed (SBN 223511)
Email: mgarabed@reedsmith.com
Jeffrey C. Ingram (SBN 288028)
Email: jingram@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Attorneys for Plaintiff SWEET PEOPLE
APPAREL, INC. D/B/A MISS ME

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV14-1143 S H

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAZA JEANS, INC. and RICH COWBOY USA, INC.,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>(1) Copyright Infringement in Violation of 17 U.S.C. § 501;<br>(2) Copyright Infringement in Violation of 17 U.S.C. § 501; and<br>(3) Trademark Infringement & Counterfeiting in Violation of 15 U.S.C. § 1114<br><br>**DEMAND FOR JURY TRIAL** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-115666004

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Plaintiff Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People" or "Plaintiff"), by and through its undersigned counsel, complains of Defendants Saza Jeans, Inc. ("Saza") and Rich Cowboy USA, Inc. ("Rich Cowboy") (Saza and Rich Cowboy shall be collectively referred to as "Defendants") as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338.  Plaintiff's claims are predicated upon the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq.*, and the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq.*

2.     Venue is properly founded in this judicial district pursuant to 28 U.S.C. § 1391(b) because Sweet People alleges on information and belief that a substantial part of the events giving rise to the claims herein occurred within this judicial district and because Defendants are subject to personal jurisdiction in this judicial district with respect to this action.

## NATURE OF THE ACTION

3.     Sweet People seeks injunctive relief and damages for acts of copyright infringement and trademark infringement engaged in by Defendants in violation of the laws of the United States.

4.     In particular, this case concerns Defendants' willful, deliberate and systematic targeting of Sweet People, and their infringement of at least three of Sweet People's distinctive and popular designs used on and in connection with Sweet People's highly successful lines of jeanswear products.  After substantial resources were expended by Sweet People in creating, promoting and selling jeanswear products displaying such designs on the back pockets, and after consumers had come to recognize such designs and associate them exclusively with Sweet People, Defendants introduced jeanswear products displaying virtually identical designs in exactly the same location.  This conduct was in bad faith, was undertaken without Sweet People's consent, and was engaged in by Defendants deliberately so that they could directly

and unfairly compete with Sweet People.

## THE PARTIES

5.      Sweet People is a corporation duly organized and existing under the laws of the State of California that maintains its principal place of business at 4715 S. Alameda Street, Los Angeles, California, 90058.

6.      According to the California Secretary of State's website, Defendant Saza Jeans, Inc. is a corporation whose principal place of business is located at 1032 Wall Street #2, Los Angeles, California, 90015 or 767 N. Hill Street, Suite 210, Los Angeles, CA 90012.  The registered agent for service of process of Saza is Peiqun Qi.

7.      According to the California Secretary of State's website, Defendant Rich Cowboy USA, Inc. is a corporation whose principal place of business is located at either 1032 Wall Street #2, Los Angeles, California, 90015 or 767 N. Hill Street, Suite 210, Los Angeles, CA 90012.   The registered agent for service of process of Rich Cowboy is Peiqun Qi.

## SWEET PEOPLE'S BUSINESS

8.      Sweet People manufactures, promotes, sells and distributes high-quality jeanswear and denim products throughout the United States, including in this judicial district, under the Miss Me brand name.   Sweet People's line of Miss Me brand jeanswear products are sold at retail by such well-known fashion retailers as Macy's, Dillards and The Buckle, both in-store and online.

9.      Over the past several years, the Miss Me brand of jeanswear and denim products has become very popular in the highly competitive jeanswear market.  Due to this popularity, Sweet People's Miss Me jeanswear has received extensive media coverage and has appeared in numerous widely circulated fashion magazines, including *In Style*, *Elle*, *Glamour*, *Lucky*, *944 Magazine*, *Harper's Bazaar*, *Teen Vogue* and *Nylon*.   In addition, celebrities such as Miley Cyrus, Paris Hilton and Beyonce have been photographed wearing Miss Me jeanswear.

10.      Among the many elements that identify Miss Me brand jeanswear

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

products and distinguish them from the products of Sweet People's competitors are the unique and distinctive designs created by Sweet People and embroidered onto and/or otherwise affixed to its jeanswear. Such designs are used repeatedly by Sweet People on its Miss Me brand of jeanswear and have come to exclusively identify Sweet People as the source of such products.

11.    Among Sweet People's most important assets are the intellectual property rights it owns in and to the unique and distinctive designs used on and in connection with its Miss Me line of jeanswear products. As detailed below, these designs are subject to copyright and trademark protection.

## SWEET PEOPLE'S DESIGN COPYRIGHTS

12.    Sweet People owns all right, title and interest to U.S. Copyright Registration No. VA 1-740-404, the Reverse Western Paisley JP5123 Design (the "Reverse Western Paisley Design"), which constitutes original and copyrightable subject matter under the U.S. Copyright Act. A copy of the registration certificate for Sweet People's Reverse Western Paisley Design and an image of the Reverse Western Paisley Design as it appears on a pair of Sweet People jeans are attached hereto as Exhibit A.

13.    Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to Sweet People's Reverse Western Paisley Design Copyright.

14.    Sweet People owns all right, title and interest to U.S. Copyright Registration No. VA 1-785-057, the CrossRoads JP5072 Design (the "CrossRoads Design"), which constitutes original and copyrightable subject matter under the U.S. Copyright Act. A copy of the registration certificate for Sweet People's CrossRoads Design and an image of the CrossRoads Design as it appears on a pair of Sweet People jeans are attached hereto as Exhibit B.

15.    Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to Sweet People's CrossRoads Design Copyright.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## SWEET PEOPLE'S DESIGN TRADEMARK

16.     Sweet People owns trademark rights in certain unique and distinctive designs it uses on and in connection with its Miss Me brand of jeanswear products.

17.     Among the design trademarks owned and used by Sweet People is its distinctive designs embroidered onto the rear pocket flaps and rear waist area of its Miss Me line of jeanswear products (the "Fabric Cut Out Trademark"), which Sweet People created has been continuously using on its jeanswear products since at least September 29, 2005.

18.     The Fabric Cut Out Trademark is the subject of U.S. Trademark Registration No. 4,065,486, registered on December 6, 2011 on the Trademark Principal Register.  Sweet People's trademark registration for the Fabric Cut Out Trademark is in full force and effect.  A copy of the registration certificate for the Fabric Cut Out Trademark is attached hereto as Exhibit C.

19.     The Sweet People Fabric Cut Out Trademark is unique to Sweet People.  Further, given its innovative design characteristics, the Sweet People Fabric Cut Out Trademark is an inherently distinctive identifier that is immediately associated with the Miss Me brand jeans and Sweet People.

20.     In addition, since its introduction, Sweet People has made exclusive and continuous use of the Fabric Cut Out Trademark on Miss Me apparel.  Presently, Sweet People products bearing the Fabric Cut Out Trademark are distributed and sold through prominent retailers worldwide, including retailers such as Macy's, Dillard's, and The Buckle.  In addition, products bearing the Fabric Cut Out Trademark are available for sale on-line at Sweet People's Miss Me brand official website, www.missme.com, and through websites affiliated with Sweet People's authorized retail stores.

21.     In the United States, retail sales of products bearing various Sweet People design marks, including the Fabric Cut Out Trademark, have been rapidly increasing since 2008.  Indeed, from 2008 through the present, wholesale sales of jeanswear

products bearing Sweet People's design marks have totaled tens of millions of dollars.

22.     Furthermore, Sweet People has expended substantial amounts of money promoting various Sweet People design marks, including the Fabric Cut Out Trademark, as a source indicator for its goods.   In particular, photographs of jeanswear featuring the Sweet People design marks have appeared prominently in advertisements in *Lucky*, *Elle*, *Harpers Bazaar*, *Nylon*, *Teen Vogue*, *Glitter*, and *944* magazines, creating tens of millions of advertising "impressions."   In addition, the Sweet People design marks have enjoyed unsolicited media coverage in leading mainstream and fashion publications in the United States.

23.     Accordingly, in addition to being an inherently distinctive design in and of itself, as a result of Sweet People's uninterrupted and continuing promotion and sale of its line of Miss Me brand jeanswear products bearing the Fabric Cut Out Trademark, and the widespread editorial coverage of such products, the Fabric Cut Out Trademark has acquired distinctiveness and has developed a strong secondary meaning among consumers and the trade.   As a result, this design immediately identifies Sweet People as the exclusive source of products that bears it, and signifies goodwill of incalculable value.

## DEFENDANTS' INFRINGING CONDUCT

24.     Defendants are importing and/or manufacturing, distributing, offering for sale and/or selling, and/or are causing to be manufactured, distributed, offered for sale and/or sold, without authorization or license from Plaintiff, jeanswear products bearing designs that are studied imitations of the protected Sweet People designs described above.   On information and belief, Defendants are advertising and promoting and/or causing to be advertised and promoted jeanswear products bearing designs that are studied imitations of the protected Sweet People designs identified above.  Defendants' products bearing such studied imitations of these protected Sweet People designs, which Sweet People is informed and believes have been labeled "Saza Jeans," "Kaba Jeans" and/or "Rich Cow Jeans," are hereinafter referred to as the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   "Infringing Designs."

2       25.    Upon information and belief, Defendants maintain, or at times relevant to

3   this Complaint, have maintained, a place of business in Los Angeles at 1032 Wall

4   Street #2, Los Angeles, California, 90015 and maintain, or at times relevant to this

5   Complaint, have maintained, a local working telephone number associated with that

6   address for purposes of conducting business in California, including in this judicial

7   district.   Upon information and belief, Defendants are currently and, at all times

8   relevant hereto, have been engaged in the business of selling apparel products,

9   including jeanswear bearing the Infringing Designs.  Defendants have designated an

10  in-state agent for service of process at 1032 Wall Street #2, Los Angeles, California,

11  90015.  Upon information and belief, Defendants are and were, at all times relevant to

12  this Complaint, under common ownership and/or control.

13      26.    Side-by-side images of Sweet People's Reverse Western Paisley Design

14  and a design used by Defendants on their jeanswear products, which is a studied

15  imitation of Sweet People's Reverse Western Paisley Design, are set forth below:

16

| Sweet People Jeanswear Bearing the Reverse Western Paisley Design | Defendant's Infringing Counterpart at Issue |
|---|---|
|  |  |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

27.    Side-by-side images of Sweet People's CrossRoads Design and a design used by Defendants on their jeanswear products, which is a studied imitation of Sweet People's CrossRoads Design, are set forth below:

| Sweet People Jeanswear Bearing the CrossRoads Design | Defendant's Infringing Counterpart at Issue |
|---|---|
|  | |

28.    Side-by-side images of Sweet People's CrossRoads Design and a design used by Defendants on their jeanswear products, which is a studied imitation of Sweet People's CrossRoads Design, are set forth below:

| Sweet People Jeanswear Bearing the CrossRoads Design | Defendant's Infringing Counterpart at Issue |
|---|---|
|  | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 7 –

29.     Side-by-side images of Sweet People's Fabric Cut Out Trademark and a design used by Defendants on their jeanswear products, which is a studied imitation of Sweet People's Fabric Cut Out Trademark, are set forth below:



| Sweet People Jeanswear Bearing the Fabric Cut Out Trademark | Defendant's Infringing Counterpart at Issue |
|---|---|

30.     Defendants import, and/or manufacture, distribute, offer to sell and/or sell products bearing the Infringing Designs to individuals and/or entities located within the Central District of California.

31.     Rather than going through the effort and expense of developing and creating their own unique, source-identifying designs, Defendants have deliberately, knowingly and faithfully replicated Sweet People's protected designs.  As a result, Defendants' jeanswear products bearing the Infringing Designs are likely to cause consumers, either at the point-of-sale or post-sale, to believe that those products are authorized, sponsored, approved, endorsed or licensed by Sweet People, or are in some other way affiliated, associated, or connected with Sweet People.

32.     Upon information and belief, Defendants were aware of the fact that Sweet People's protected designs were well-known identifiers of Sweet People as the sources of jeanswear products on which they appeared at the time they began using the Infringing Designs on their jeanswear products.  Accordingly, Defendants have

1   been engaging in the above-described unlawful activities knowingly and intentionally,
2   or with reckless disregard for Sweet People's rights.

3       33.   Upon information and belief, Defendants intend to continue to
4   manufacture, import, distribute, advertise, promote, offer for sale and/or sell products
5   bearing the Infringing Designs, unless otherwise restrained by this Court.

6       34.   Unless Defendants' conduct is enjoined, such conduct will severely
7   inhibit and/or destroy the ability of Sweet People's protected designs to identify Sweet
8   People as the exclusive source of goods to which they are affixed and will damage
9   Sweet People's ability to monetize these designs.

10   **FIRST CLAIM FOR RELIEF**
11   **COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

12       35.   The allegations set forth in paragraphs 1 through 34 hereof are adopted
13   and incorporated by reference as if fully set forth herein.

14       36.   Sweet People is the owner of a U.S. copyright registration for the
15   Reverse Western Paisley Design, which registration is in full force and effect.

16       37.   Defendants, without authorization from Sweet People, have distributed,
17   sold and offered for sale jeanswear products incorporating designs that were copied
18   from and are substantially similar in overall appearance to Sweet People's Reverse
19   Western Paisley Design.   Upon information and belief, Defendants, without
20   authorization from Sweet People, have also advertised and promoted jeanswear
21   products incorporating designs that were copied from and are substantially similar in
22   overall appearance to Sweet People's Reverse Western Paisley Design.

23       38.   Defendants thereby have willfully infringed and, upon information and
24   belief, are continuing to willfully infringe Sweet People's copyright in the Reverse
25   Western Paisley Design.

26       39.   Upon information and belief, by their acts, Defendants have made and
27   will make substantial profits and gains to which they are not entitled in law or in
28   equity.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

40.    Upon information and belief, Defendants intend to continue their willful conduct, and will continue to willfully infringe Sweet People's copyright in the Reverse Western Paisley Design, and to act in bad faith, unless restrained by this Court.

41.    Defendants' acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

42.    The allegations set forth in paragraphs 1 through 41 hereof are adopted and incorporated by reference as if fully set forth herein.

43.    Sweet People is the owner of a U.S. copyright registration for the CrossRoads Design, which registration is in full force and effect.

44.    Defendants, without authorization from Sweet People, have distributed, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's CrossRoads Design.  Upon information and belief, Defendants, without authorization from Sweet People, have also advertised and promoted jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's CrossRoads Design.

45.    Defendants thereby have willfully infringed and, upon information and belief, are continuing to willfully infringe Sweet People's copyright in the CrossRoads Design.

46.    Upon information and belief, by their acts, Defendants have made and will make substantial profits and gains to which they are not entitled in law or in equity.

47.    Upon information and belief, Defendants intend to continue their willful conduct, and will continue to willfully infringe Sweet People's copyright in the CrossRoads Design, and to act in bad faith, unless restrained by this Court.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    48.    Defendants' acts have damaged and will continue to irreparably damage

2    Sweet People, and Sweet People has no adequate remedy at law.

3                           **THIRD CLAIM FOR RELIEF**

4            **TRADEMARK INFRINGEMENT & COUNTERFEITING**

5                                **(15 U.S.C. § 1114)**

6    49.    The allegations set forth in paragraphs 1 through 48 hereof are adopted

7    and incorporated by reference as if fully set forth herein.

8    50.    By the acts alleged herein, Defendants are using a mark that is

9    substantially indistinguishable from Sweet People's Fabric Cut Out Trademark, and

10   has infringed and/or counterfeited, and continues to infringe and/or counterfeit, the

11   Fabric Cut Out Trademark, in violation of 15 U.S.C. § 1114.

12   51.    Upon information and belief, Defendants' use of a mark that is

13   substantially indistinguishable from the Fabric Cut Out Trademark has caused, is

14   intended to cause, and is likely to continue to cause confusion, mistake and deception

15   among the general consuming public and the trade as to the source of Defendants'

16   products bearing such infringing and/or counterfeited mark, or as to a possible

17   affiliation, connection or association between Sweet People and Defendants.

18   52.    Upon information and belief, Defendants have acted with knowledge of

19   Sweet People's ownership of the Fabric Cut Out Trademark, and with deliberate

20   intention to unfairly benefit from the goodwill symbolized thereby.

21   53.    Defendants' acts constitute willful trademark infringement and/or

22   trademark counterfeiting in violation of 15 U.S.C. § 1114.

23   54.    Upon information and belief, by their actions, Defendants intend to

24   continue their infringing conduct, and to willfully infringe and/or counterfeit Sweet

25   People's Fabric Cut Out Trademark, unless restrained by this Court.

26   55.    Upon information and belief, by their willful acts, Defendants have made

27   and will continue to make substantial profits and gains to which they are not in law or

28   equity entitled.

– 11 –
COMPLAINT

56.    Defendants' acts have damaged and will continue to irreparably damage Sweet People and Sweet People has no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1.    Finding that as to Claims 1 and 2, Defendants engaged in copyright infringement in violation of 17 U.S.C. § 501, and finding that as to Claim 3, Defendants engaged in trademark infringement and/or trademark counterfeiting in violation of 15 U.S.C. § 1114.

2.    Granting an injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure; the Lanham Act, 15 U.S.C. § 1116; and the U.S. Copyright Act, 17 U.S.C. § 502, preliminarily and permanently restraining and enjoined Defendants, their officers, agents, employees, attorneys, and all those persons or entities in active concert or participation with them, from:

(a)    manufacturing, causing to be manufactured, importing, purchasing, distributing, advertising, marketing, promoting, offering for sale and/or selling any products which bear any of the Infringing Designs, or any other design substantially similar thereto, and engaging in any other activity constituting an infringement of any of Plaintiff's rights in and to the Sweet People protected designs; and

(b)    engaging in any activity constituting unfair competition with Plaintiff, or acts and practices that deceive the public and/or the trade, including, without limitation, the use of design elements and designations associated with Plaintiff.

3.    That Defendants be required to take such other measures as the Court may deem appropriate to prevent the public from deriving any erroneous impression that products bearing the Infringing Designs have been manufactured, distributed, advertised, promoted, offered for sale and/or sold by Plaintiff, have been authorized by Plaintiff, or are related to or associated in any way with Plaintiff or its products.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

4.     That Defendants be required to recall all infringing items and advertising, marketing and promotional materials, and thereafter to deliver up for destruction all products containing any Infringing Designs, all infringing designs, artwork, packaging, labeling, advertising, marketing and promotional materials, and any means of making any such infringing items, pursuant to the U.S. Copyright Act, 17 U.S.C. § 503, and the Lanham Act 15 U.S.C. § 1116.

5.     That the Court award Sweet People (i) Defendants' profits and Sweet People's damages and/or statutory damages, attorneys' fees and costs, to the full extent provided for by 17 U.S.C. §§ 504 and 505; (ii) statutory damages of $2,000,000 per counterfeit mark in accordance with the Lanham Act, 15 U.S.C. § 1117, or alternatively, ordering Defendants to account and pay to Sweet People all profits realized by their wrongful acts, and also awarding Sweet People its actual damages, and directing that such profits or actual damages be trebled in accordance with the Lanham Act, 15 U.S.C. § 1117; and (iii) attorneys' fees and costs incurred herein.

6.     That Plaintiff be awarded pre-judgment interest on any monetary award made part of the judgment against Defendants; and

7.     For such additional and further relief as the Court deems just and proper.

DATED: February 13, 2014          REED SMITH LLP

By
Marsha A. Houston (SBN 129956)
Michael A. Garabed (SBN 223511)
Jeffrey C. Ingram (SBN 288028)
Attorneys for Plaintiff SWEET PEOPLE
APPAREL, INC. D/B/A MISS ME, a
California corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

## DEMAND FOR JURY TRIAL

2          Plaintiff demands a jury trial on all disputed issues of fact.

3

4    DATED:  February 13, 2014          REED SMITH LLP

5

6

7                                      By

8                                          Marsha A. Houston (SBN 129956)
                                           Michael A. Garabed (SBN 223511)
                                           Jeffrey C. Ingram (SBN 288028)
9                                          Attorneys for Plaintiff SWEET PEOPLE
                                           APPAREL, INC. D/B/A MISS ME, a
10                                         California corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 14 –
COMPLAINT

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-740-404

**Effective date of registration:**

September 20, 2010

---

### Title

**Title of Work:** Reverse Western Paisley JP5123

### Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** November 25, 2009  **Nation of 1st Publication:** United States

### Author

■ **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States  **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058, United States

### Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Name:** Lilly Kim

**Email:** lillykim@missme.com  **Telephone:** 323-235-7307

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058

### Certification

**Name:** Lilly Kim

**Date:** September 20, 2010

---



# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-785-057**

**Effective date of registration:**

August 4, 2011

## Title ─────────────────────────────

Title of Work: CrossRoads JP5072

## Completion/ Publication ──────────

Year of Completion: 2009

Date of 1st Publication: October 27, 2009    Nation of 1st Publication: United States

## Author ───────────────────────────

■ Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied to Clothing

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant ───────────────

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions ───────────

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda Street

Los Angeles, CA 90058  United States

## Certification ─────────────────────

Name: Alan C. Veronick

Date: August 4, 2011

Applicant's Tracking Number: 21406.001

## CROSSROADS JP5072 DESIGN



# EXHIBIT C

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,065,486**

**Registered Dec. 6, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SWEET PEOPLE APPAREL, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-29-2005; IN COMMERCE 9-29-2005.

OWNER OF U.S. REG. NO. 3,494,338.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE SHAPES OF THE POCKETS OR THE POCKET FLAPS, OR THE STITCHING APPEARING ON THE POCKETS OR THE POCKET FLAPS, WHICH ARE INCLUDED ONLY TO SHOW THE PLACEMENT OF THE MARK ON THE GOODS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A FABRIC CUT OUT DESIGN ON THE POCKET FLAP AND UNDER THE WAIST OF THE PANTS. THE AREA OF THE CUTOUT IS REPLACED WITH A FABRIC INSERT WHICH DIFFERS IN DESIGN FROM THE REMAINING PANTS FABRIC.

SEC. 2(F).

SER. NO. 85-041,242, FILED 5-18-2010.

SUZANNE BLANE, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR PRO PER:

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Sweet People Apparel

Plaintiff(s),

v.

Saza Jeans, Inc, et al;

Defendant(s)

CASE NUMBER:

CV14-1143-SH

**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)**

## *(THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO LOCAL RULE 73-2.)*

In accordance with General Order 11-06 and Local Rule 73-2 the above-captioned civil matter has been randomly assigned to Magistrate Judge Stephen J. Hillman_____. All parties to the above-captioned civil matter are to select one of the following two options and file this document with the Clerk's Office.

☐   The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in the case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☐   The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge.

The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Name of Counsel (**OR** Party if Pro Per) | Signature and date | Counsel for (Name of Party or Parties) |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

☐   Party filing this form shall check this box if all parties have consented to proceed before the assigned Magistrate Judge.

## NOTICE TO COUNSEL FROM CLERK:

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge _____ for all further proceedings.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE TO COUNSEL
### (For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)

*The court has directed that the following rules be specifically called to your attention:*

    I.      Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge [28 U.S.C. § 636(c) and General Order 11-06].

    II.    Continuing Obligation to Report Related Cases (Local Rule 83-1.3.3)

    III.   Service of Papers and Process (Local Rule 4)

## I.    NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A CIVIL CASE BY A UNITED STATES MAGISTRATE

*Pursuant to Local Rule 73-2, the initiating party must serve this notice and consent form CV-11C on each party at the time of service of the summons and complaint or other initial pleading.*

This case has been randomly assigned to Magistrate Judge *Stephen J. Hillman* under the Direct Assignment of Civil Cases to Magistrate Judge Program in accordance with General Order 11-06. The case number on all documents filed with the court must read as follows:

*CV14- 1143 SH*

The parties are advised that their consent is required if the above assigned magistrate judge is to conduct all further proceedings in the case, including trial and final entry of judgment pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. Should the parties not consent to proceed before the above assigned magistrate judge, the case will be randomly reassigned to a district judge. If this occurs, the parties cannot later consent to reassignment of the case to any other magistrate judge.

**The parties are further advised that they are free to withhold consent without adverse substantive consequences.** If the parties agree to the exercise of jurisdiction by the magistrate judge, the parties shall jointly or separately file a statement of consent setting forth such election. Except as provided in Local Rule 73-2.4.1.1, for cases originally filed in district court and initially assigned only to a magistrate judge, the statement of consent shall be filed within 42 days after service of the summons and complaint upon that defendant, and within 42 days by plaintiff after service upon the first-served defendant. If the United States, an agency of the United States, or an officer or employee of the United States is a defendant, the statement of consent shall be filed by the government defendant within 60 days after service of the summons and complaint upon that defendant.

For cases removed from state court and initially assigned only to a magistrate judge, a joint or separate statements of consent shall be filed by plaintiff and all defendants upon whom service has been effected, within 14 days after the notice of removal is filed.

Since magistrate judges do not handle felony criminal trials, civil trial dates are not at risk of being preempted by a felony criminal trial, which normally has priority. Further, in some cases, the magistrate judge may be able to assign an earlier trial date than a district judge. There may be other advantages or disadvantages which you will want to consider.

Any appeal from a judgment of the magistrate judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the district court in accordance with 28 U.S.C. §636(c)(3).

If a party has not consented to the exercise of jurisdiction by the magistrate judge within the time required by Local Rule 73-2, the case shall be randomly reassigned to a district judge and a magistrate judge shall be randomly assigned to the case as the discovery judge. (Local Rule 73-2.6)

You may contact the Civil Consent Case Coordinator at (213) 894-1871 or _consentcoordinator@cacd.uscourts.gov_ if you have any questions about the Direct Assignment of Civil Cases to Magistrate Judges Program.

## II.   CONTINUING OBLIGATION TO REPORT RELATED CASES

Parties are under the continuing obligation to promptly advise the Court whenever one or more civil actions or proceedings previously commenced and one or more currently filed appear to be related.

Local Rule 83-1.3.3 states: "It shall be the continuing duty of the attorney in any case promptly to bring to the attention of the Court, by filing a Notice of Related Case(s) pursuant to Local Rule 83-1.3, all facts which in the opinion of the attorney or party appear relevant to a determination whether such action and one or more pending actions should, under the criteria and procedures set forth in Local Rule 83-1.3, be heard by the same judge."

Local Rule 83-1.2.1 states: "It is not permissible to dismiss and thereafter re-file an action for the purpose of obtaining a different judge."

Local Rule 83-1.2.2 provides: Whenever an action is dismissed by a party or by the Court before judgment and thereafter the same or essentially the same claims, involving the same or essentially the same parties, are alleged in another action, the later-filed action shall be assigned to the judge to whom the first filed action was assigned. It shall be the duty of every attorney in any such later-filed action to bring those facts to the attention of the Court in the Civil Cover Sheet and by the filing of a Notice of Related Case(s) pursuant to L.R. 83-1.3.

## III.   SERVICE OF PAPERS AND PROCESS

Local Rule 4-2 states: "Except as otherwise provided by order of Court, or when required by the treaties or statutes of the United States, process shall not be presented to a United States Marshal for service." Service of process must be accomplished in accordance with Rule 4 of the Federal Rules of Civil Procedure or in any manner provided by State Law, when applicable. Service upon the United States, an officer or agency thereof, shall be served pursuant to the provisions of FRCP 4(i). Service should be promptly made; unreasonable delay may result in dismissal of the action under Local Rule 41 and Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service or a waiver of service of summons and complaint must be filed with the court.

Clerk, U. S. District Court

_2-13-14_
Date

By _____
Deputy Clerk

Marsha A. Houston (SBN) 129956
mhouston@reedsmith.com
Michael A. Garabed (SBN) 223511
mgarabed@reedsmith.com
Jeffrey C. Ingram (SBN) 288028
jingram@reedsmith.com

REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Tel: (213) 457-8000 Fax: (213) 457-8080

Attorneys for Plaintiff
SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a
California corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation,<br><br>PLAINTIFF(S)<br><br>vs.<br><br>SAZA JEANS, INC. and RICH COWBOY USA, INC.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV14-1143** *SH*<br><br><br>**SUMMONS** |

TO:  DEFENDANT(S):  SAZA JEANS, INC. and RICH COWBOY USA, INC.

A lawsuit has been filed against you.

Within    21    days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Jeffrey C. Ingram</u>, whose address is <u>Reed Smith, LLP 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated:  2-13-14

Clerk, U.S. District Court

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*



UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
SAZA JEANS, INC. and RICH COWBOY USA, INC.

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Marsha A. Houston (SBN 129956)
mhouston@reedsmith.com
Michael A. Garabed (SBN 223511)
mgarabed@reedsmith.com
Jeffrey C. Ingram (SBN 288028)
jingram@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Ste, 2900, L.A, CA 90071-1514
Tel: (213) 457-8000 Fax: (213) 457-8080

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

CV14-1143

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi- District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** According to Proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement in Violation of 17 U.S.C. § 501; Trademark Infringement & Counterfeiting in Violation of 15 U.S.C. § 1114.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | | |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | |
| ☐ 460 Deportation | | | |

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpratice
☐ 365 Personal Injury-Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

☐ 470 Racketeer Influenced & Corrupt Org.
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Info. Act
☐ 896 Arbitration
☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.)
☐ 153 Recovery of Overpayment of Vet. Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment

**TORTS**

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accomodations
☐ 445 American with Disabilities-Employment
☐ 446 American with Disabilities-Other
☐ 448 Education

Fourth column:
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**TORTS**

**PERSONAL PROPERTY**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty

**Other:**
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Ret. Inc. Security Act

Fifth column:
☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405 (g))
☐ 864 SSID Title XVI
☐ 865 RSI (405 (g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

FOR OFFICE USE ONLY:  Case Number: _____

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case?  ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE**: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
**Note**: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):**  _Jeffrey C. Ingram_   DATE: February 13, 2014

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

American LegalNet, Inc.
www.FormsWorkFlow.com