1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          CENTRAL DISTRICT OF CALIFORNIA
9
10  SWEET PEOPLE APPAREL, INC.,        ) Case No. CV 14-11433-DMG (ASx)
11              Plaintiff,              ) **AMENDED JUDGMENT**
12       v.                             )
13  SAZA JEANS, et al.,                 )
14                                      )
15              Defendants.              )
16  _____ )
17
18      This action having been tried before the Court sitting with a jury, the issues having been duly tried and the jury having duly rendered its verdict in favor of Defendants Saza Jeans and Rich Cowboy and against Plaintiff Sweet People Apparel; and this Court having granted Plaintiff's post-trial motion for sanctions and denied Defendants' post-trial motion for attorney's fees and Rule 68 costs,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

1.   Plaintiff shall recover nothing by way of its Complaint.

2.   Defendants' law firm shall pay Plaintiff monetary sanctions in the sum of $25,000 and file proof of such payment within 21 days of the date of this Order.

3. As the prevailing parties, Defendants are entitled to recover costs other than attorney's fees.

**IT IS SO ORDERED**.

DATED: May 25, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE